[No. 804-3.    Division Three.    January 7, 1974.]

*In the Matter of the Application for a Writ of Habeas Corpus of* MELVIN G. ISMOND, *Appellant,* v. SIDNEY E. SMITH, *Respondent.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 61345, Albert N. Bradford, J., entered December 18, 1972. *Affirmed* by unpublished per curiam opinion.

[No. 788-3.    Division Three.    January 7, 1974.]

THE STATE OF WASHINGTON, *Respondent,* v. SAMUEL DALE LOCKER, *Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 60987, John C. Tuttle, J., entered December 18, 1972. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson, J., and Evans, J. Pro Tem.

[No. 712-3.    Division Three.    January 8, 1974.]

MARVIN H. STERKEL et al., *Appellants,* v. ARNOLD M. HAND et al., *Respondents.*

Appeal from a judgment of the Superior Court for Kittitas County, No. 18153, W. R. Cole, J., entered August 14, 1972. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and McInturff, J.

[No. 812-3.    Division Three.    January 8, 1974.]

THE STATE OF WASHINGTON, *Respondent,* v. FRANK W. SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 20794, Raymond F. Kelly, J., entered November 24, 1972. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Munson, J., and Evans, J. Pro Tem.